USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2023

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

September 11, 2023

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**BY ECF**
Honorable Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   **United States v. Marc Benvenutti,**
      **16 Cr. 656 (GHW)**

Dear Judge Woods:

I write with the consent of the government and Probation to request that the Court adjourn the status conference currently scheduled for Tuesday, September 19, 2023, by approximately 90 days.

An adjournment is appropriate in light of the progress of Mr. Benvenutti's state case, which underlies the federal violation specifications. The Assistant District Attorney in that case recently agreed to refer Mr. Benvenutti for screening for the state's alternative to incarceration ("ATI") diversionary program, and Marc is now waiting for the state to schedule the screening. In the experience of Mr. Benvenutti's Legal Aid counsel, he is very likely to be accepted into the program now that he has been referred.

Accordingly, I request that the conference in this matter be adjourned by approximately 90 days while the state case proceeds. As noted, the government and Probation consent to this request.

Respectfully submitted,

 /s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

cc:   AUSA Rebekah Donaleski
      USPO Pierre Reyes

The Defendant's request to adjourn the status conference currently scheduled for September 19, 2023 is granted. The status conference is adjourned to January 4, 2024 at 11:00 a.m.

SO ORDERED.

Dated: September 11, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge