**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

February 27, 2024

<u>BY ECF</u>
Honorable Gregory H. Woods
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024
```

Re:   <u>United States v. Marc Benvenutti</u>,
      16 Cr. 656 (GHW)

Dear Judge Woods:

    I write with the consent of the government and Probation to request that the Court adjourn the status conference currently scheduled for Monday, March 4, 2024, by another approximately 30 days.

    An adjournment is appropriate in light of the progress of Mr. Benvenutti's state case, which underlies the federal violation specifications. I understand from defense counsel in the state case that Mr. Benvenutti has now been accepted to the state's alternative to incarceration ("ATI") diversion program and that his state case is set to resolve on March 14, 2024, with a plea and Mr. Benvenutti's entry into the ATI program.

    Accordingly, I request that the conference in this matter be adjourned by approximately 30 days while the state case is resolved. As noted, the government and Probation consent to this request.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

Application granted. The status conference scheduled for March 4, 2024 is adjourned to April 4, 2024 at 11:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 1032.

SO ORDERED.

Dated: February 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge